STATE OF INDIANA ) IN THE PORTER CIRCUIT/SUPERIOR COURT
) SS:
COUNTY OF LAKE ) _____, INDIANA

GINGER WELIVER, )
)
   Plaintiff, )
)
   -vs- ) CAUSE NO.:
)
EFREN ORTIZ and HD SUPPLY, )
INC., )
)
   Defendants. )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now the plaintiff, Ginger Weliver, by counsel, Andrew A. Crosmer of Rubino, Ruman, Crosmer & Polen, and for her cause of action against the defendants, Efren Ortiz and HD Supply, Inc., states as follows:

1. That on or about September 10, 2019, plaintiff Ginger Weliver was operating her vehicle southbound on St Rd 49 in Valparaiso, Porter County, Indiana.

2. That at said time and place, defendant Efren Ortiz was operating a box truck leased by defendant HD Supply, Inc, southbound on St Rd 49 in Valparaiso, Porter County, Indiana.

3. At said time and place, defendant Efren Ortiz was the agent, servant, and/or employee of defendant HD Supply, Inc.

4. That at said time and place defendant Efren Ortiz was at fault in causing a collision to occur with the plaintiff's vehicle.

**EXHIBIT A**

5. That the defendant, HD Supply, Inc, was vicariously liable for the negligence of defendant, Efren Ortiz, and negligent, reckless, and willful and wanton in the hiring, supervising, training and retention of the defendant, Efren Ortiz.

6. That as a direct and proximate result of said misconduct and fault by the defendants, the plaintiff, Ginger Weliver, was injured, some of which injuries may be permanent, incurred medical expenses, economic loss, and was otherwise damaged.

WHEREFORE, the plaintiff seeks compensatory damages which will reasonably compensate her, plus costs, including attorney's fees for any frivolously asserted affirmative defenses, prejudgment interest and any other proper relief.

*/s/ Andrew A. Crosmer*

ANDREW A. CROSMER, #11531-45
Rubino, Ruman, Crosmer & Polen
Attorney for Plaintiff

## JURY DEMAND

Plaintiff, by counsel, demands trial by jury.

*/s/ Andrew A. Crosmer*

ANDREW A. CROSMER, #11531-45
Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222
Attorney for Plaintiff

# INDIANA OFFICER'S STANDARD CRASH REPORT
## Electronic Version
### 903443079

| Page | 1 | of | 5 |

Local ID: 1939968

| Date of Crash | Day of Week | Actual Local Time | County | Township | # Motor Vehicles | # Injured | # Dead | # Commercial Vehicles | # Deer |
|---|---|---|---|---|---|---|---|---|---|
| 09/10/2019 | Tue | 2:55 PM | PORTER | CENTER | 3 | 1 | 0 | 2 | 0 |

| Road Crash Occurred On | Nearest/Intersecting Road/MileMarker/Interchange | If not an intersection, number of feet from | Direction | Road Classification |
|---|---|---|---|---|
| SR49S | CR500N | 2000 | N | STATE ROAD |

| Inside Corporate Limits? | City/Town or Nearest City/Town | Property? | Crash Latitude | Crash Longitude |
|---|---|---|---|---|
| NO | VALPARAISO | | | - |

| Driver #1 | Driver #2 | Driver #3 | Driver #4 |
|---|---|---|---|
| ORTIZ, EFREN | WELIVER, GINGER, L | HOOVER, STEVEN, A | |

### Driver Contributing Circumstances
(Primary Cause, Vehicle 1, Vehicle 2, Vehicle 3, Vehicle 4)

- Alcoholic Beverages
- Illegal Drugs
- Prescription Drugs
- Driver Asleep or Fatigued
- Driver Illness
- Unsafe Speed
- Failure to Yield
- Disregard Signal
- Left of Center
- Improper Passing
- Improper Turning
- Improper Lane Usage
- Following Too Closely ✓ (Primary Cause), ✓ (Vehicle 1)
- Unsafe Backing
- Overcorrecting
- Ran off Road
- Wrong Way on One Way
- Pedestrian's Action
- Passenger Distraction
- Restriction Violation
- Jackknifing
- Cell Phone Usage
- Other Telematics
- Driver Distracted ✓ (Vehicle 1)
- Speed/Weather Conditions
- Unsafe Lane Movement
- Other
- None ✓ (Vehicle 2), ✓ (Vehicle 3)

### Vehicle Contributing Circumstances
- Engine Failure or Defective
- Accelerator Failure or Defective
- Brake Failure or Defective
- Tire Failure or Defective
- Headlight(s) Defective or Not On
- Other Lights Defective
- Steering Failure
- Window/Windshield Defective
- Oversize/Overweight Load
- Insecure/Leaky Load
- Tow Hitch Failure
- Other
- None ✓ (Primary Cause), ✓ (Vehicle 1), ✓ (Vehicle 2)

### Environment Contributing Circumstances
- Glare
- Roadway Surface
- Holes/Ruts in Surface
- Shoulder Defective
- Road Under Construction
- Severe Crosswinds
- Obstruction Not Marked
- Lane Marking Obscured
- View Obstructed
- Animal/Object in Roadway
- Traffic Ctl Inop/Missing/Obscure
- Utility Work
- Other
- None ✓ (Primary Cause), ✓ (Vehicle 1), ✓ (Vehicle 2)

### Area Information
- Hit and Run: NO
- School Zone: NO
- Rumble Strips: YES
- Locality: RURAL
- Light Condition: DAYLIGHT
- Weather Conditions: CLOUDY
- Surface Condition: DRY
- Type of Median:
- Type of Roadway Junction: NO JUNCTION INVOLVED
- Road Character: STRAIGHT/LEVEL
- Roadway Surface: ASPHALT
- Construction: NO | If Yes, Construction Type:
- Traffic Control Devices: OTHER REGULATORY SIGN/MARKING
- Traffic Control Device Operational? NA

Total Estimate of all damage in the Crash: $25001 TO $50000

Was this crash the result of aggressive driving? NO

| Other Property Damage (1) | State Property | Owner's Name and Address |
|---|---|---|
| Other Property Damage (2) | State Property | Owner's Name and Address |

### Witness/Other Participant | Non-Motorist

☐ Witness  ☐ Other Participant  # Name
Address etc.
Phone #   Location at Time of Crash

Non-Motorist (Last Name, First Name, MI)
Non-Motorist Type | Non-Motorist Action
Apparent Physical Condition

☐ Witness  ☐ Other Participant  # Name
Address etc.
Phone #   Location at Time of Crash

Cited? | Direction
Street/Highway
Traffic Control?   If yes was traffic control operational?

**EXHIBIT B**

| Local ID | | | 903443079 | | Page 2 of 5 | |
|---|---|---|---|---|---|---|
| 1939968 | | | | | | |

| Type of Crash | REAR END | | | | | |
|---|---|---|---|---|---|---|
| Time Notified | Time Arrived | Other Location of Investigation | | | | |
| 3:15 PM | 3:24 PM | AT SCENE ONLY | | | | |
| Assisting Officer | | ID No. | Agency | | Investigation Complete? | Photos Taken? |
| CHAVEZ | | 67 | PORTER SD | | YES | YES |
| Assisting Officer | | ID No. | Agency | | Date of Report | |
| | | | | | 09/10/2019 | |
| Investigating Officer | | ID No. | Agency | | Reviewing Officer | |
| GRAF, N | | 123 | PORTER SD | | T GEAR | |

## Narrative

D1 advised he was traveling south on St Rd 49 approaching 500 N, in the right hand lane. D1 advised he was tired and may have closed his eyes for a moment. When D1 looked in front of him he observed that D2 had began to slow for the red stop light. D1 hit his brakes and swerved to the right shoulder to try and avoid rear ending V2. V1's front driver side, rear ended V2's rear passenger side. V1 pushed V2 into the rear of V3, which was stopped for the red light. V1 continued traveling on the shoulder and sideswiped V3.

D2 advised she was traveling south on St Rd 49 in the right hand lane approaching 500 N. Traffic was stopped in front of V2 so V2 began to slow to come to a stop. V2 was rear ended by V1 and pushed into the rear end of V3.

D3 advised he was traveling south in St Rd 49 in the right hand lane approaching 500 N. D3 was stopped in traffic for the red traffic light at 500 N. D3 advised V3 was rear ended by V2 and sideswiped on the passenger side by V1.

V1 sustained moderate front end and side damage.

V2 sustained heavy damage all around the vehicle, but concentrated on rear passenger side.

V3 sustained moderate damage to the rear end and passenger side trailer and cab.

Driver statements, damage to vehicles, and tire marks in the roadway were consistent with my investigation.

9/11/2019 Supplemented by D.Evans corrected V3a's Registered Owner's State.

## UNIT INFORMATION

**Local ID:** 1939968  
**903443079**  
Page 3 of 5

### Driver 1

- **Driver's Name (Last, First, MI):** ORTIZ, EFREN
- **Address:** 2826 HARVEY AVE, BERWYN, IL 60402
- **Date of Birth:** [redacted]
- **Age:** 36
- **Gender:** MALE
- **Driver's License #:** [redacted]
- **Lic Type:** CD
- **CDL Class:** C
- **Lic State:** IL

**Safety Equipment Used:** LAP + HARNESS  
**Safety Equipment Effective?** YES  
**Ejection/Trapped:** NOT EJECTED OR TRAPPED  
**EMS No.:** 2818  
**Immed Attn:** NO  
**Driver Injury Status:** REFUSED - REFUSED TREATMENT  
**Nature of Most Severe Injury:** NONE VISIBLE  
**Location of Most Severe Injury:**

**Apparent Physical Status:** ✓ Normal  
**Restrictions:** ✓ None  
**If Cited?** (none checked)

**Test Given:** NONE  
**Alcohol Results:** PBT  
**Drug Results:**

### Vehicle 1

- **Veh#:** 1
- **Color:** WHITE
- **Vehicle Year:** 2020
- **Make:** INTERNATIONAL
- **Model:** MV607 SBA LP
- **Style:** TK
- **# Occupants:** 1
- **Lic Year:** 2020
- **License #:** 175048H
- **License State:** IL
- **# Axles:** 2
- **Speed Limit:** 55
- **Insured By:** AON RISK SERVICES SOUTH INC
- **Phone Number:** 4042613400
- **Vehicle Identification#:** 3HAEWMML7LL297156
- **Registered Owner's Name:** TRUCK RENTAL LT, RYDER
- **Address:** 3400 W LAKE ST, MELROSE PARK, IL 60160

**Initial Impact Area:** None — Front (left checked)  
**Areas Damaged (Multiples):** Front (all three checked: left, center, right) and rear positions checked

**Towed?** YES **To:** SANDBERGS TOWING **By:** SANDBERGS TOWING  
**Due to Disabling Damage:** YES

**Vehicle Use:** COMMERCIAL (TAXIS, COMMON, CONTRACT)  
**Emergency Run?** **Fire?** NO  
**Vehicle Type:** TRUCK (SINGLE 2 AXLE, 6 TIRES)  
**Pre-Crash Vehicle Action:** GOING STRAIGHT  
**Direction of Travel:** SOUTH

**Type of Primary/Secondary Roadway:** ✓ Multi-Lane w/ Grass Median Only

### Commercial Vehicle: Carrier's Name and Address

1. HD SUPPLY INC  
501 W CHURCH STREET  
ORLANDO, FL 32805

- **US DOT#:** 0000088111
- **ICC#:** 0000170762
- **CMV Inspection:** NO
- **Gross Vehicle Weight Rating:** 26,001# OR MORE
- **Cargo Body Type:** VAN/ENCLOSED BOX
- **HAZMAT Placard:** NO

**Event Collision With:** 1. ANOTHER MOTOR VEHICLE 2. ANOTHER MOTOR VEHICLE

## UNIT INFORMATION

**Local ID:** 1939968
**903443079**
Page 4 of 5

| Field | Value |
|---|---|
| Driver's Name (Last, First, MI) | 2 WELIVER, GINGER, L |
| Address (Street, City, State, Zip) | 101 MILLET ST |
| City | LAPORTE |
| State | IN |
| Zip | 46350 |
| Date of Birth | [redacted] |
| Age | 51 |
| Gender | FEMALE |
| Driver's License # | [redacted] |
| Lic Type | OP |
| CDL Class | |
| Lic State | IN |
| Safety Equipment Used | AIRBAG DEPLOYED + BELT RESTRAINT |
| Safety Equipment Effective? | YES |
| Ejection/Trapped | NOT EJECTED OR TRAPPED |
| EMS No. | 2818 |
| Immed Attn | YES |
| Driver Injury Status | INCAPACITATING - TRANSPORTED |
| Nature of Most Severe Injury | INTERNAL |
| Location of Most Severe Injury | HEAD |

**Apparent Physical Status:** ✓ Normal

**Restrictions:** ✓ None

**If Cited?** (none checked)

**Test Given:** NONE

### Vehicle

| Veh# | Color | Vehicle Year | Make | Model | Style |
|---|---|---|---|---|---|
| 2 | WHITE | 2016 | NISSAN | VERSA | 4D |

| # Occupants | Lic Year | License # | License State |
|---|---|---|---|
| 1 | 2019 | VNU438 | IN |

| # Axles | Speed Limit | Insured By | Phone Number |
|---|---|---|---|
| 2 | 55 | FARM BUREAU | 2197648010 |

**Vehicle Identification#:** 3N1CN7AP7GL817128

**Registered Owner's Name (Last, First, MI):** WELIVER, GINGER, L
**Address:** 101 MILLET ST, LAPORTE, IN 46350

**Initial Impact Area:** Front-Rear (right rear checked)

**Areas Damaged (Multiples):** Front (all), Rear (all) — multiple checked

**Towed?** YES, To: SANDBERGS TOWING, By: SANDBERGS TOWING
**Due to Disabling Damage:** YES

**Vehicle Use:** PERSONAL (FARM, COMPANY)
**Emergency Run?** (blank) **Fire?** NO
**Vehicle Type:** PASSENGER CAR/STATION WAGON
**Pre-Crash Vehicle Action:** SLOWING OR STOPPED IN TRAFFIC
**Direction of Travel:** SOUTH

**Type of Primary/Secondary Roadway:** ✓ Multi-Lane w/ Grass Median Only

**Event Collision With:** 1. ANOTHER MOTOR VEHICLE 2. ANOTHER MOTOR VEHICLE

# UNIT INFORMATION

Local ID: 1939968
903443079
Page 5 of 5

**Driver's Name (Last, First, MI):** 3 HOOVER, STEVEN, A
**Address (Street, City, State, Zip):** 4760 DEBORAH LN
PLYMOUTH IN 46563

**Safety Equipment Used:** LAP + HARNESS
**Safety Equipment Effective?** YES
**Ejection/Trapped:** NOT EJECTED OR TRAPPED

**Date of Birth:** [redacted]
**Age:** 45
**Gender:** MALE
**EMS No.:** 2818
**Immed Attn:** NO
**Driver Injury Status:** REFUSED - REFUSED TREATMENT

**Driver's License #:** [redacted]
**Lic Type:** CD
**CDL Class:** A
**Lic State:** IN
**Nature of Most Severe Injury:** NONE VISIBLE

**Apparent Physical Status:** ✓ Normal
**Restrictions:** ✓ None

**Location of Most Severe Injury:**
**If Cited?** (none checked)
**IC Codes:**

**Test Given:** NONE
**Alcohol Results PBT:**
**Drug Results:**

| Veh# | Color | Vehicle Year | Make | Model | Style |
|---|---|---|---|---|---|
| 3 | WHITE | 2017 | MACK | CXU613 | CC |

**# Occupants:** 1
**Lic Year:** 2020
**License #:** 2904566
**License State:** IN

**# Axles:** 3
**Speed Limit:** 55
**Insured By:** PROTECTIVE INSURANCE CO
**Phone Number:** 8006445501

**Initial Impact Area:** Rear (checked)

**Vehicle Identification#:** 1M1AW02Y5HM080793

**Registered Owner's Name (Last, First, MI):** COMPANY LLC, DOHRN TRANSFER
**Address:** 3103 W MORRIS ST
INDIANAPOLIS IN 46241

**Areas Damaged (Multiples):** ✓ Trailer; Front, middle, rear all checked

**Towed?** YES **To:** SANDBERGS TOWING **By:** SANDBERGS TOWING
**Due to Disabling Damage:** YES

**Vehicle Use:** COMMERCIAL(TAXIS,COMMON,CONTRACT)
**Emergency Run?** (blank)
**Fire?** NO

**Lic State:** IL **Lic Year:** 2020 **Registered Owner's Name:** LEASING LLC, FREIGHT EQUIPMENT
3a
**License#:** 532882SST
**Address:** 4975 W PERSHING RD

**Vehicle Type:** TRACTOR/ONE SEMI TRAILER

**Veh Year:** 2015 **Make:** VANGUARD
CICERO IL 60804

**Pre-Crash Vehicle Action:** SLOWING OR STOPPED IN TRAFFIC

**Direction of Travel:** SOUTH

**Commercial Vehicle: Carrier's Name and Address:**
3 DOHRN TRANSFER COMPANY
625 3RD AVE
ROCK ISLAND IL 61201

**Type of Primary/Secondary Roadway:** ✓ Multi-Lane w/ Grass Median Only

**HAZMAT Proper Shipping Name:**
**State DOT#:**
**US DOT#:** 0000541227
**ICC#:** 0000169753
**CMV Inspection:** NO
**If Yes:**

**Gross Vehicle Weight Rating:** 26,001# OR MORE
**Cargo Body Type:** VAN/ENCLOSED BOX

**Event Collision With:** 1. ANOTHER MOTOR VEHICLE 2. ANOTHER MOTOR VEHICLE

**HAZMAT Placard:** NO



Delaware.gov     Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 4416553 | Incorporation Date / Formation Date: | 8/31/2007 (mm/dd/yyyy) |
| Entity Name: | HD SUPPLY, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | **CORPORATION SERVICE COMPANY** |
| Address: | **251 LITTLE FALLS DRIVE** |
| City: | **WILMINGTON**    County: **New Castle** |
| State: | **DE**    Postal Code: **19808** |
| Phone: | 302-636-5401 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information

[Submit]

[View Search Results]     [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

**EXHIBIT C**



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

BRAD RAFFENSPERGER

HOME (/)

BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | HD SUPPLY, INC. (DE) | Control Number: | J802213 |
| Business Type: | Foreign Profit Corporation | Business Status: | Active/Compliance |
| Business Purpose: | NONE | | |
| Principal Office Address: | 3400 Cumberland Boulevard, Atlanta, GA, 30339, USA | Date of Formation / Registration Date: | 1/26/1988 |
| Jurisdiction: | Delaware | Last Annual Registration Year: | 2020 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | CORPORATION SERVICE COMPANY |
| Physical Address: | 40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA, 30092, USA |
| County: | Gwinnett |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Aaron Zeide (TREASURER) | CFO | 3400 Cumberland Boulevard, Atlanta, GA, 30339, USA |
| Dan S. McDevitt | Secretary | 3400 Cumberland Boulevard, Atlanta, GA, 30339, USA |
| Joseph J. DeAngelo (PRESIDENT) | CEO | 3400 Cumberland Boulevard, Atlanta, GA, 30339, USA |

Filing History    Name History

Back

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.11    Report a Problem?

**EXHIBIT D**



Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.11 **Report a Problem?**

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 22128209**
**Date Processed: 10/08/2020**

| | |
|---|---|
| **Primary Contact:** | Heather White<br>HD Supply, Inc.<br>501 W. Church Street<br>Orlando, FL 32805-2247 |
| **Entity:** | HD Supply, Inc.<br>Entity ID Number 3627425 |
| **Entity Served:** | HD Supply, Inc. |
| **Title of Action:** | Ginger Weliver vs. Efren Ortiz |
| **Matter Name/ID:** | Ginger Weliver vs. Efren Ortiz (10564223) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Lake County Circuit Court, IN |
| **Case/Reference No:** | 64D05-2010-CT-007835 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 10/06/2020 |
| **Answer or Appearance Due:** | 23 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Andrew A. Crosmer<br>219-322-8222 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

**EXHIBIT E**

| STATE OF INDIANA | ) | IN THE PORTER CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF PORTER | ) | SITTING IN _____, INDIANA |

GINGER WELIVER,
    Plaintiff
-vs-

EFREN ORTIZ and HD SUPPLY, INC.,
    Defendants

CAUSE NO.:

# SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:

HD SUPPLY, INC.
c/o Corporation Service Company, registered agent
1201 Hays Street
Tallahasee, FL 32301-2525

    You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.
    The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.
    You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.
    In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.
    However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.
    If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.
    If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.
    The following manner of service is hereby designated: CERTIFIED MAIL

Attorney for Plaintiff: Andrew A. Crosmer      Date: 10/1/2020

Ind. Atty. No.: 11531-45

Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, IN 46311
Tel. No.: 219/322-8222

CLERK OF THE PORTER CIRCUIT AND SUPERIOR COURTS

By: _Bailey_ BT
Deputy Clerk

[SEAL: CIRCUIT AND SUPERIOR COURT PORTER COUNTY INDIANA]

PREPARATION DATA:
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service.
If service is by certified mail a properly addressed envelope shall be provided for each Defendant.
Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court. (Form: CS 1/97)

EXHIBIT F

CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20__, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant,_____, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

CLERK OF THE PORTER CIRCUIT AND SUPERIOR COURTS

Dated: _____, 20__    By:_____
                                      Deputy Clerk

RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, 20__.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____ day of _____, 20__.

CLERK OF THE PORTER CIRCUIT AND SUPERIOR COURTS

Dated:_____, 20__    By:_____
                                     Deputy Clerk

RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1. By delivering on _____, 20__, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).
2. By leaving on _____, 20__, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.
3. This SUMMONS came to hand this date, _____ 20__. The within named _____ was not found in my bailiwick this date, _____, 20__.
ALL DONE IN LAKE COUNTY, INDIANA.

SHERIFF OF PORTER COUNTY, INDIANA

By:_____

SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____ Indiana, on this date, _____, 20__.

_____
Signature of Defendant