STATE OF INDIANA ) IN THE PORTER CIRCUIT/SUPERIOR COURT
) SS:
COUNTY OF LAKE ) _____, INDIANA

GINGER WELIVER, )
)
    Plaintiff, )
)
    -vs- ) CAUSE NO.:
)
EFREN ORTIZ and HD SUPPLY, )
INC., )
)
    Defendants. )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now the plaintiff, Ginger Weliver, by counsel, Andrew A. Crosmer of Rubino, Ruman, Crosmer & Polen, and for her cause of action against the defendants, Efren Ortiz and HD Supply, Inc., states as follows:

1. That on or about September 10, 2019, plaintiff Ginger Weliver was operating her vehicle southbound on St Rd 49 in Valparaiso, Porter County, Indiana.

2. That at said time and place, defendant Efren Ortiz was operating a box truck leased by defendant HD Supply, Inc, southbound on St Rd 49 in Valparaiso, Porter County, Indiana.

3. At said time and place, defendant Efren Ortiz was the agent, servant, and/or employee of defendant HD Supply, Inc.

4. That at said time and place defendant Efren Ortiz was at fault in causing a collision to occur with the plaintiff's vehicle.

EXHIBIT A

5. That the defendant, HD Supply, Inc, was vicariously liable for the negligence of defendant, Efren Ortiz, and negligent, reckless, and willful and wanton in the hiring, supervising, training and retention of the defendant, Efren Ortiz.

6. That as a direct and proximate result of said misconduct and fault by the defendants, the plaintiff, Ginger Weliver, was injured, some of which injuries may be permanent, incurred medical expenses, economic loss, and was otherwise damaged.

WHEREFORE, the plaintiff seeks compensatory damages which will reasonably compensate her, plus costs, including attorney's fees for any frivolously asserted affirmative defenses, prejudgment interest and any other proper relief.

*/s/ Andrew A. Crosmer*

ANDREW A. CROSMER, #11531-45
Rubino, Ruman, Crosmer & Polen
Attorney for Plaintiff

## JURY DEMAND

Plaintiff, by counsel, demands trial by jury.

*/s/ Andrew A. Crosmer*

ANDREW A. CROSMER, #11531-45
Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222
Attorney for Plaintiff

Complaint tjm